UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF ZANDER ZEPHIER, by and through its duly appointed Personal Representative;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES MARSHALS SERVICE; UNKNOWN SUPERVISORY PERSONNEL OF THE UNITED STATES MARSHALS SERVICE, individually; UNKNOWN UNITED STATES MARSHALS SERVICE DEPUTIES, individually,<br><br>Defendants. | 3:26-CV-03004-ECS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS |

Plaintiff, the Estate of Zander Zephier, moves "to stay all proceedings in this action pending resolution of a material issue currently before the appropriate administrative body." Doc. 10 at 1. Plaintiff argues that "[a] stay will promote judicial economy, avoid unnecessary litigation, and prevent potential prejudice to the parties by allowing the administrative process to address issues central to this case." Id. Defense counsel does not object to the motion. Id.

"A district court has broad discretion to stay proceedings when appropriate to control its docket." Sierra Club v. U.S. Army Corps of Eng'rs, 446 F.3d 808, 816 (8th Cir. 2006) (citing Clinton v. Jones, 520 U.S. 681, 706 (1997)). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299

U.S. 248, 254 (1936); see also Ass'n of Equip. Mfrs. v. Burgum, No. 1:17-cv-151, 2018 WL 1773145, at *1 (D.N.D. Mar. 5, 2018) ("A district court has broad discretion to stay proceedings when appropriate to control its docket, converse judicial resources, and ensure the matter is handled with economy of time and effort for itself, counsel, and litigants.").

Accordingly, it is

ORDERED that Plaintiff's Motion to Stay Proceedings, Doc. 10, is granted.  The Court stays this entire case pending resolution of a material issue currently before the appropriate administrative body.  The parties shall inform the Court when the issue is resolved.

DATED this 14th day of April, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE

2